FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 FEB 27 A 11:06

AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **ERIE INSURANCE EXCHANGE, et al.** | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No. CCB-03CV143 |
| **SONY ELECTRONICS INC.** | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Admission of Robert J. Hafner *Pro Hac Vice*, it is this _27th_ day of _February_, 2003, hereby ordered:

1. That the Motion be and the same hereby is **GRANTED**; and

2. Robert J. Hafner is admitted *Pro Hac Vice* for the above-captioned matter.

_2-27-03_
Dated

Felicia C. Cannon
_____
Clerk, United States District Court
by: _Lisa Stevens_