**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| ERIE INSURANCE EXCHANGE<br>t/i/o/u and t/u/o<br>JODY B. ROSEN | :<br>:<br>: |
| and | : |
| JODY B. ROSEN,<br>Individually | :<br>: |
| | : |
| and | : |
| | : |
| ERIE INSURANCE EXCHANGE<br>t/i/o/u and t/u/o<br>HOLLINGTON CONDOMINIUM COUNCIL<br>OF UNIT OWNERS | :<br>:<br>:<br>: |
| and | : |
| HOLLINGTON CONDOMINIUM COUNCIL<br>OF UNIT OWNERS,<br>Individually | :<br>:<br>: |
| Plaintiffs | : |
| vs. | : Case No.  CCB-03CV143 |
| SONY ELECTRONICS, INC. | : |
| Defendant | : |

**PLAINTIFF'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

COME NOW the Plaintiffs, Erie Insurance Exchange t/i/o/u and t/u/o Jody B. Rosen, Jody B. Rosen, Individually, Erie Insurance Exchange t/i/o/u and t/u/o Hollington Condominium Council of Unit Owners and Hollington Condominium Council of Unit Owners, Individually, by their attorneys McCarthy Wilson

and Edward J. Brown, and file this Motion to Dismiss Complaint Without Prejudice, and state:

1.  This action arises from a fire in Baltimore County, Maryland on December 31, 2000.  Plaintiffs aver that the fire was caused by Defendant's television.  Plaintiff, Erie/Jody B. Rosen, has incurred Forty Thousand Two Hundred Fourteen Dollars and Thirty Cents ($40,214.30) of damages.  Plaintiff, Erie/Hollington Condominium, has incurred Thirty-Three Thousand Four Hundred Thirty-Seven Dollars and Ninety-Three Cents ($33,437.93) worth of damages.

2.  That at the time of the filing of Plaintiffs' Complaint, Plaintiff, Erie/Jody B. Rosen, sued for a slightly higher amount (Forty-Five Thousand Dollars ($45,000.00)) pending confirmation of the actual damages.

3.  That given that the actual amount in controversy is less than Seventy-Five Thousand Dollars ($75,000.00), Plaintiffs move this Court to dismiss their action <u>without</u> prejudice, with the intention of re-filing this action in the Circuit Court for Baltimore County with an ad damnum of Seventy-Three Thousand Six Hundred Fifty-Two Dollars and Twenty-Three Cents ($73,652.23).

4.  That Defendant will not be prejudiced by this dismissal without prejudice as this case is still in its early stages, and there has not been any significant discovery

(indeed, the exchange of Answers to Interrogatories and Responses to Request for Production of Documents has not yet occurred); furthermore, Defendant has agreed to answer the state court discovery propounded by Plaintiffs with their Complaint.

WHEREFORE, Plaintiffs respectfully move this Court to dismiss their action without prejudice.

Respectfully submitted,

McCARTHY WILSON

_____/S/_____
Edward J. Brown, Esquire
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
*Attorneys for Plaintiffs*

### CITATION OF GROUNDS AND AUTHORITIES

Federal Rule of Civil Procedure, 41(a).

_____/S/_____
Edward J. Brown, Esquire

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of July, 2003 a copy of the foregoing Plaintiffs' Motion to Dismiss Complaint Without Prejudice was mailed, postage prepaid to:

Timothy L. Mullin, Esquire  
Lauren N. Schultz, Esquire  
Miles & Stockbridge, P.C.  
10 Light Street, Suite 700  
Baltimore, Maryland  21202  
*Attorneys for Defendant*

Robert J. Hafner, Esquire  
Lavin, Coleman, O'Neil, Ricci,  
Finarelli & Gray  
Suite 1000 – Penn Mutual Tower  
510 Walnut Street  
Philadelphia, Pennsylvania  19106  
*Attorneys for Defendant*

                                                  _____/S/_____  
                                                  Edward J. Brown, Esquire

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

```
ERIE INSURANCE EXCHANGE           :
t/i/o/u and t/u/o
JODY B. ROSEN                     :

     and                          :

JODY B. ROSEN,                    :
Individually
                                  :
     and
                                  :
ERIE INSURANCE EXCHANGE
t/i/o/u and t/u/o                 :
HOLLINGTON CONDOMINIUM COUNCIL
OF UNIT OWNERS                    :

     and                          :

HOLLINGTON CONDOMINIUM COUNCIL    :
OF UNIT OWNERS,
Individually                      :

          Plaintiffs              :

vs.                               :  Case No.  CCB-03CV143

SONY ELECTRONICS, INC.            :

          Defendant               :
```

## ORDER

UPON CONSIDERATION of the aforegoing Plaintiffs' Motion to Dismiss Complaint Without Prejudice, and any Opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

5

ORDERED, that Plaintiffs' Motion to Dismiss Complaint Without Prejudice be and the same hereby is GRANTED; and, it is further

ORDERED, that Plaintiffs' Complaint is hereby DISMISSED WITHOUT PREJUDICE.

                                                    _____
Judge, United States District Court for the District of Maryland

Copies to:

Edward J. Brown, Esquire
McCarthy Wilson
100 South Washington Street
Rockville, Maryland  20850

Timothy L. Mullin, Esquire
Lauren N. Schultz, Esquire
Miles & Stockbridge, P.C.
10 Light Street, Suite 700
Baltimore, Maryland  21202

Robert J. Hafner, Esquire
Lavin, Coleman, O'Neil, Ricci,
Finarelli & Gray
Suite 1000 – Penn Mutual Tower
510 Walnut Street
Philadelphia, Pennsylvania  19106