# MILES & STOCKBRIDGE P.C.

February 10, 2003

Edward J. Brown, Esquire
100 South Washington Street
Rockville, Maryland 20850

Re:    Eric Insurance Exchange/Rosen v. Sony Electronics, Inc.
       Civil Action No. CCB-03CV143

Dear Mr. Brown:

Enclosed please find Interrogatories and Request for Production of Documents directed to
Plaintiffs in the above-referenced case.

Should you have any questions, please feel free to give me a call.

Very truly yours,

Lauren N. Schultz

LNS/bh
Encl.

