# MILES & STOCKBRIDGE P.C.

**Lauren N. Schultz**
Direct Dial: (410) 385-3849
Lschultz@milesstockbridge.com

May 23, 2003

**VIA FACSIMILE AND REGULAR MAIL**
Edward J. Brown, Esquire
100 South Washington Street
Rockville, Maryland 20850

Re:   Erie Insurance Exchange/Rosen v. Sony Electronics, Inc.
      Civil Action No. CCB-03CV143

Dear Mr. Brown:

As I indicated to you by telephone message today, it is anticipated that Sony's discovery will be complete by the beginning of the week of June 2, 2003. We will forward it to you upon completion. In the same vein, please let me know when your client's responses to Sony's discovery requests can be expected.

In addition, please let me know whether Ms. Rosen is available to be deposed in the afternoon of **Tuesday, June 3, 2003**.

Thank you for your anticipated cooperation regarding these matters. Should you have any questions, please feel free to give me a call.

Very truly yours,

Lauren N. Schultz

LNS/bh


EXHIBIT B