# MILES & STOCKBRIDGE P.C.

**Lauren N. Schultz**
Direct Dial: (410) 385-3849
Lschultz@milesstockbridge.com

April 21, 2003

**VIA FACSIMILE AND REGULAR MAIL**
Edward J. Brown, Esquire
100 South Washington Street
Rockville, Maryland 20850

Re:   Erie Insurance Exchange/Rosen v. Sony Electronics, Inc.
      Civil Action No. CCB-03CV143

Dear Mr. Brown:

Please allow this letter to confirm that the product in the above-referenced case will be inspected on Wednesday, April 30, 2003. I have left two messages for you in an effort to coordinate the time of this inspection, but have not heard back from you. We would like the inspection to begin at 10:00 a.m. Please let me know if this is acceptable to you.

In addition, we would like to have the product x-rayed during the inspection. I am in the process of locating a facility near FAIC to which we can take the product to be x-rayed. Please confirm that this is acceptable as well.

Thank you for your anticipated cooperation regarding this matter. Should you have any questions, please feel free to give me a call.

Very truly yours,

Lauren N. Schultz

LNS/bh


EXHIBIT E