IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE, <u>et al.</u>** * | |
| * | |
| **Plaintiff** | |
| * | |
| v. | |
| * | Civil Action No. CCB-03CV143 |
| **SONY ELECTRONICS INC.** | |
| * | |
| **Defendant** | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit D, which is an attachment to Defendant's Opposition to Plaintiff's Motion to Enter Order of Dismissal Without Prejudice exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I hereby certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: 7/24/03            _____/s/_____
                          Lauren N. Schultz, Bar No. 26503
                          Miles & Stockbridge
                          10 Light Street
                          Baltimore, Maryland 21202
                          (410) 727-6464

                          Counsel for Sony Electronics, Inc.