UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 5, 2003

Lauren N. Schultz, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487

Edward J. Brown, Esquire
100 South Washington Street
Rockville, MD 20850

Re: Erie Insurance Exchange, et al. v. Sony Electronics, Inc.
Civil No. CCB-03-143

Dear Counsel:

Thank you for your joint status report in this case.

As you request, the discovery deadline is extended until **November 3, 2003**. If the case has not been dismissed or settled by that date, a status report is due **November 3, 2003**.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge