IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ERIE INSURANCE EXCHANGE, et al.** *

      **Plaintiff**

v.

**SONY ELECTRONICS INC.**

      **Defendant**

\*   Civil Action No. CCB-03CV143

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**JOINT STATUS REPORT**

COME NOW the parties, by and through their respective counsel, and pursuant to the Court's Amended Scheduling Order issued April 4, 2003, respectfully submit the following joint status report and state as follows:

1. Discovery in this matter is not complete due, in part, to the pending Motion to Dismiss.

2. Further, because the Plaintiff has just identified the model of the television involved in this litigation, the parties anticipate that they will be able to complete the remaining discovery within an additional ninety (90) days, with the Court's approval.

3. Additionally, the parties have begun settlement discussions, which will continue as discovery progresses.

Respectfully submitted,


By: _____
      Edward J. Brown, #04739
      McCarthy Wilson
      100 S. Washington Street
      Rockville, MD 20850
      (301) 762-7770
      Attorneys for Plaintiff,
      Erie Insurance Exchange


By: _____
      Timothy L. Mullin, Jr., #00082
      Lauren N. Schultz, #26503
      MILES & STOCKBRIDGE P.C.
      10 Light Street
      Baltimore, Maryland 21202
      (410) 727-6464

      Attorneys for Defendant,
      Sony Electronics Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2003, a copy of the foregoing Joint Initial Report was mailed, first class mail, postage prepaid, to:

>Edward J. Brown, Esquire
>McCarthy Wilson
>100 S. Washington Street
>Rockville, MD 20850

>_____
>Lauren N. Schultz