# MILES & STOCKBRIDGE P.C.

**Lauren N. Schultz**
410-385-3849
lschultz@milesstockbridge.com

September 3, 2003

**VIA HAND-DELIVERY**
The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

*Re.*    *Erie Insurance Exchange, et al. v. Sony Electronics, Inc.*
        *Civil Action No. CCB-03CV143*

Dear Judge Blake:

I am currently representing Sony Electronics, Inc. in the above-referenced litigation.  By Order dated August 5, 2003, the discovery deadline in this matter was extended to November 3, 2003.  In light of this extension, Sony respectfully requests confirmation that the deadline for dispositive motions has been extended as well.

Thank you for your attention to this matter.

Very truly yours,

Lauren N. Schultz

LNS/bh

cc:    Edward J. Brown, Esquire

*approved*
*CCB USDJ*
*9/3/03*