IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ERIE INSURANCE EXCHANGE, et al.**  \*

\*

      **Plaintiff**

\*

**v.**

\*   Civil Action No. CCB-03CV143

**SONY ELECTRONICS INC.**

\*

      **Defendant**

\*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**JOINT STATUS REPORT**

COME NOW the parties, by and through their respective counsel, and pursuant to the Court's Amended Scheduling Order, respectfully submit the following joint status report and state as follows:

1. Discovery in this matter is not complete due, in part, to the pending Motion to Dismiss, which was filed on July 11, 2003.

2. Despite the pending Motion, the parties have begun settlement discussions, which will continue while the parties await a ruling on the pending Motion.

3. In light of the pending Motion and settlement discussions, the parties request an additional sixty (60) days to complete discovery in the event that settlement is not achieved.

Respectfully submitted,


By: _____/S/_____
Edward J. Brown, #04739
McCarthy Wilson
100 S. Washington Street
Rockville, MD 20850
(301) 762-7770
Attorneys for Plaintiff,
Erie Insurance Exchange



By: _____/S/_____
Timothy L. Mullin, Jr., #00082
Lauren N. Schultz, #26503
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant,
Sony Electronics Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2003, a copy of the foregoing Joint Initial Report was electronically filed and mailed, first class mail, postage prepaid, to:

>Edward J. Brown, Esquire
>McCarthy Wilson
>100 S. Washington Street
>Rockville, MD 20850

>_____/S/_____
>Lauren N. Schultz