IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIE INSURANCE EXCHANGE, ET AL.   :
                                                :
      v.                                   :   CIVIL NO. CCB-03-143
                                                :
SONY ELECTRONICS INC.   :

...o0o...

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that plaintiffs' Motion to Dismiss Complaint without Prejudice (docket no. 14) is **Denied**.


November 17, 2003                                          /s/
     Date                                                 Catherine C. Blake
                                                                 United States District Judge