**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ERIE INSURANCE EXCHANGE, <u>et al.</u>** | * | |
| | * | |
|     **Plaintiff** | | |
| | * | |
| **v.** | | |
| | * | Civil Action No. CCB-03CV143 |
| **SONY ELECTRONICS  INC.** | | |
| | * | |
|     **Defendant** | | |
| | * | |

**\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \***

<u>**NOTICE TO ENTER AND STRIKE APPEARANCE**</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Enter my appearance as counsel in this case for Defendant, Sony Electronics Inc.

    Please strike the appearance of Lauren N. Schultz, Esquire in this case for Sony Electronics Inc.

    I certify that I am admitted to practice in this Court.


<u>November 25, 2003</u>                                   _____/s/_____
Date                                                      Alicia C. Reynolds, #25885
                                                           Miles & Stockbridge P.C.
                                                           10 Light Street, Suite 700
                                                           Baltimore, Maryland 21202
                                                           Phone: (410) 727-6464
                                                           Fax:    (410) 385-3700
                                                           Email: areynold@milesstockbridge.com

                                        _____/s/_____
Lauren N. Schultz, #26503
Miles & Stockbridge P.C.
10 Light Street, Suite 700
Baltimore, Maryland 21202
(410) 727-6464

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2003, the Notice to Enter and Strike Appearance was electronically filed.

_____/s/_____
Alicia C. Reynolds