IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIE INSURANCE EXCHANGE, ET AL.  :
                                 :
         v.                      :   CIVIL NO. CCB-03-143
                                 :
SONY ELECTRONICS, INC.           :

...o0o...

## ORDER

The plaintiffs' motion to dismiss without prejudice having been denied, it is hereby **ORDERED** that:

1. the plaintiffs shall show cause by **January 16, 2004** why this case should not be dismissed with prejudice; and

2. a copy of this Order shall be sent to counsel of record.


 December 31, 2003                              /s/
         Date                          Catherine C. Blake
                                       United States District Judge