UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

January 29, 2004

Edward Joseph Brown, Esquire
McCarthy Wilson
100 S. Washington Street
Rockville, MD 20850

Lauren N. Schultz, Esquire
Timothy J. Mullin, Esquire
Miles and Stockbridge, PC
10 Light Street
Baltimore, MD 21202-1487

Robert J. Hafner, Esquire
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Suite 1000, Penn Mutual Tower
510 Walnut Street
Philadelphia, PA 19106

Re:   Erie Insurance Exchange, et al. v. Sony Electronics, Inc., Civil No. CCB-03-143

Dear Counsel:

On January 15, 2004, plaintiffs electronically filed a Statement of Good Cause in response to the Court's December 31, 2003 Order to show cause. A conference call has been scheduled for **Wednesday, February 4, 2004** at **9:00 a.m.** to discuss the status of the case and the need for further scheduling. My office will initiate the call.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge