UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 9, 2004

Edward Joseph Brown, Esquire
McCarthy Wilson
100 S. Washington Street
Rockville, MD 20850

Alicia Reynolds, Esquire
Timothy J. Mullin, Esquire
Miles and Stockbridge, PC
10 Light Street
Baltimore, MD 21202-1487

Robert J. Hafner, Esquire
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Suite 1000, Penn Mutual Tower
510 Walnut Street
Philadelphia, PA 19106

      Re:    <u>Erie Insurance Exchange, et al. v. Sony Electronics, Inc., Civil No. CCB-03-143</u>

Dear Counsel:

      This will confirm the results of our telephone conference calls on February 4, 2004 and February 6, 2004 in this case. The following schedule has been agreed upon and confirmed.

      The discovery deadline has been extended until **April 9, 2004**. A status report is also due on that date.

      Dispositive motions shall be filed by **May 7, 2004**.

      The trial of this case (3-4 days, jury) is scheduled for **September 13, 2004** at **10:00 a.m.** in Courtroom 7D. Counsel should come to my chambers at 9:30 a.m.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                  Sincerely yours,

                                                          /s/

                                                Catherine C. Blake  
                                              United States District Judge