# MILES & STOCKBRIDGE P.C.

410-385-3649
areynold@milesstockbridge.com

April 16, 2004

**_VIA ELECTRONIC MAIL_**
The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   <u>Erie Insurance Exchange, et al. v. Sony Electronics, Inc.</u>
       Civil Action No. CCB-03CV143

Dear Judge Blake:

Please accept this correspondence as the parties' Joint Status Report. The parties apologize for the delay in filing this Report, and continue to negotiate resolution of this matter. The parties anticipate filing an updated Status Report on or before April 30, 2004, and request the Court's indulgence in this regard.

In the event that the parties are unable to resolve this matter by month's end, Plaintiff requests ADR intervention from the Court.

Should you need any additional information, please feel free to give me or Mr. Brown a call.

Very truly yours,

Alicia C. Reynolds

ACR/jb
cc:   Edward J. Brown, Esquire

10 Light Street, Baltimore, Maryland 21202-1487 / Phone: 410.727.6464 / Fax: 410.385.3700 / www.milesstockbridge.com

Cambridge, MD / Columbia, MD / Easton, MD / Frederick, MD / McLean, VA / Rockville, MD / Towson, MD / Washington, D.C.