IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE, et al. | * | |
| | * | |
| **Plaintiff** | | |
| | * | |
| v. | | |
| | * | Civil Action No. CCB-03CV143 |
| SONY ELECTRONICS INC. | | |
| | * | |
| **Defendant** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant, Sony Electronics Inc. ("Sony") by its undersigned counsel, hereby files this Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and, in support, hereby incorporates as if fully set forth herein, the accompanying Memorandum in Support of Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

WHEREFORE, Defendant Sony Electronics Inc., respectfully requests that this Honorable Court enter an Order in the form attached, denying the Plaintiff's Motion to Enter Order of Dismissal Without Prejudice.

/s/
_____
Timothy L. Mullin, Jr. #00082
Alicia C. Reynolds #25885
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Robert J. Hafner, Esquire, *pro hac vice*
Lavin, Coleman, O'Neil,
    Ricci, Finarelli & Gray
Suite 1000- Penn Mutual Tower
510 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 627-0303

Attorneys for Defendant,
Sony Electronics Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May 2004 a copy of the foregoing **MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** was electronically filed and mailed first class, postage prepaid to:

>Edward J. Brown, Esquire
>Law Offices of McCarthy Wilson
>100 South Washington Street
>Rockville, Maryland 20850

>_____/s/_____
>Alicia C. Reynolds