## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ERIE INSURANCE EXCHANGE, et al.  *

                              *

         Plaintiff

                              *

v.

                              *      **Civil Action No. CCB-03CV143**

SONY ELECTRONICS  INC.

                              *

         Defendant

                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, Motion for

Summary Judgment, any opposition thereto or hearing thereon, it is this _____ day of

_____, 2004, hereby ordered that:

       (1)      Defendant's Motion is GRANTED;

       (2)      Plaintiff's case is DISMISSED with prejudice; or, in the alternative,

       (3)      JUDGMENT is ENTERED on behalf of Defendant, Sony Electronics, Inc.


                             _____

                             Judge Catherine C. Blake
                             United States District Court for the
                                  District of Maryland


cc:     Edward Brown, Esquire
         Timothy L. Mullin, Jr., Esquire/Alicia C. Reynolds, Esquire