# MILES & STOCKBRIDGE P.C.

Direct Dial: 410-385-3649
E-mail: areynolds@milesstockbridge.

May 7, 2004

*VIA ELECTRONIC MAIL*
The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   <u>Erie Insurance Exchange, et al. v. Sony Electronics, Inc.</u>
      Civil Action No. CCB-03CV143

Dear Judge Blake:

Please accept this correspondence as the Status Report requested in your most recent order. I thank you for your indulgence with regard to late receipt of this Report.

**A.   Whether discovery has been completed:**

Discovery has not been completed. Defendant is today filing a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment based, in part, on the failure of Plaintiff to comply with discovery.

**B.   Whether any motions are pending:**

Defendant is today filing a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment

**C.   Whether any party intends to file dispositive motions:**

Defendant is today filing a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

**D.   Whether this case is to be tried by a jury and estimated length of trial:**

10 Light Street, Baltimore, Maryland 21202-1487 / Phone: 410.727.6464 / Fax: 410.385.3700 / www.milesstockbridge.com

Cambridge, MD / Columbia, MD / Easton, MD / Frederick, MD / McLean, VA / Rockville, MD / Towson, MD / Washington, D.C.

MILES & STOCKBRIDGE P.C.

The Honorable Catherine C. Blake
Re: <u>Erie, et al. v. Sony</u>
May 7, 2004
Page 2

This case is to be tried by a jury. The estimated length of trial is currently two (2) days.

**E.    A certification that the parties have met to conduct serious settlement negotiations:**

The parties have met on numerous occasions to conduct serious settlement negotiations.

**F.    Any other matter that any party believes should be brought to the Court's attention:**

None other than those raised in Defendant's motion and the parties most recent Status Report.

Very truly yours,

Alicia C. Reynolds

ACR/daw

cc:    Edward J. Brown, Esquire (w/encl.)

10 Light Street, Baltimore, Maryland 21202-1487 / Phone: 410.727.6464 / Fax: 410.385.3700 / www.milesstockbridge.com

Cambridge, MD / Columbia, MD / Easton, MD / Frederick, MD / McLean, VA / Rockville, MD / Towson, MD / Washington, D.C.