IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIE INSURANCE EXCHANGE, et al.          :

    Plaintiffs                              :        CCB-03CV143

                                            :

SONY ELECTRONICS, INC.,                  :

    Defendant                               :

### STIUPLATION OF DISMISSAL WITH PREJUDICE

COMES NOW, plaintiffs, Erie Insurance Exchange, t/i/o/u and t/u/o Jody B. Rosen, and Jody B. Rosen, Individually, and Erie Insurance Exchange, t/i/o/u and t/u/o Hollington Condominium Council of Unit Owners and Hollington Condominium Counsel of Unit Owners, Individually, by and through their attorneys McCarthy Wilson and Edward J. Brown, Esquire, and defendants Sony Electronics, Inc. by their attorneys, Miles and Stockbridge P.C., Timothy L. Mullin, Jr., Esquire and Alicia C. Reynolds, Esquire, and file the Stipulation of Dismissal Without Prejudice and states:

    1.    That the parties hereby stipulate to a dismissal with prejudice of all claims in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully Submitted,

McCARTHY, WILSON & ETHRIDGE

By: _____

Edward J. Brown
100 S. Washington Street
Rockville, MD 20850
(301) 762-7770
Attorneys for Plaintiffs


MILES & STOCKBRIDGE P.C.

BY: _____

Alicia C. Reynolds
10 Light Street
Baltimore, MD 21202
(410) 727-6464
Attorneys for Defendant